IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

CEDRIC HAYNES                                                                   PLAINTIFF

AND

FEDERAL INSURANCE COMPANY                              INTERVENING PLAINTIFF

V.                                                                  NO: 1:20CV155-GHD-DAS

METAL MASTERS, INC., LINCO, LLC,
TRACER ELECTRICAL CONTRACTORS,
INC., G2 RESOURCES, INC., PRICE
LOGPRO, LLC, BID AUTOMATION, LLC
FORMERLY KNOWN AS TRI-DELTA
SYSTEMS AUTOMATION, LLC, AND
JOHN DOES 1-9                                                                DEFENDANTS

## ORDER GRANTING DEFENDANT LINCO, LLC'S MOTION FOR SUMMARY JUDGMENT AND CLOSING CASE

Pursuant to an opinion issued this day, it is hereby ORDERED that Plaintiff Haynes' Motion for Summary Judgment [277] is DENIED. It is further ORDERED that Defendant Linco, LLC's Motion for Summary Judgment [284] is GRANTED and Plaintiff Haynes' claims against Defendant Linco, LLC are DISMISSED. Accordingly, as all claims against the remaining Defendant, Linco, LLC, in this matter have been dismissed, the pending Motions in Limine and Motion to Continue Trial [281, 287, 341] are DENIED AS MOOT, and this case is CLOSED. Concerning the notice of settlement the Court has received regarding Defendant G2 Resources and Defendant Bid Automation, LLC, the pending motions of these parties [279, 286, 291, 293] are DENIED AS MOOT, and the Court retains complete jurisdiction to vacate this order and to reopen the action upon cause shown that the resolution of these claims has not been completed and further litigation is necessary.

All memoranda, depositions, declaration, and other materials considered by the Court in ruling on these motions are hereby incorporated and made a part of the record in this action.

SO ORDERED, this the ___8th___ day of September, 2023.

_____
SENIOR U.S. DISTRICT JUDGE