IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

| | |
|---|---|
| CEDRIC HAYNES | PLAINTIFF |
| AND | |
| FEDERAL INSURANCE COMPANY | INTERVENING PLAINTIFF |
| VS. | CIVIL ACTION NO. 1:20CV155-GHD-DAS |
| METAL MASTERS, INC.; LINCO, LLC; TRACER ELECTRICAL CONTRACTORS, INC.; G2 RESOURCES, INC; PRICE LOGPRO, LLC; BID AUTOMATION, LLC, FORMERLY KNOWN AS TRI-DELTA SYSTEMS AUTOMATION, LLC; AND JOHN DOES 1-9 | DEFENDANTS |

## AGREED FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

**THIS DAY** this cause came before the Court on the joint motion, *ore tenus*, of Plaintiff Cedric Haynes, Intervenor Federal Insurance Company, and Defendants Metal Masters, Inc., Tracer Electrical Contractors, Inc., G2 Resources, Inc., Price LogPro, LLC and Bid Automation, LLC, formerly known as Tri-Delta Systems Automation, LLC, to dismiss the claims of Plaintiff Cedric Haynes and the claims of the Intervenor with prejudice, and the Court, having considered the matter and being advised that all claims asserted by Plaintiff and the Intervenor against these Defendants have been fully and completely resolved, finds that said motion to dismiss the claims asserted by the plaintiff and the Intervenor with prejudice is well-taken and should be granted.

**IT IS, THEREFORE, HEREBY ORDERED AND ADJUDGED** that this lawsuit and the claims asserted by Plaintiff Cedric Haynes and the Intervenor in this litigation are hereby dismissed against Defendants Metal Masters, Inc., Tracer Electrical Contractors, Inc., G2 Resources, Inc., Price LogPro, LLC and Bid Automation, LLC, formerly known as Tri-Delta Systems Automation, LLC, with prejudice, and that each party shall bear their own costs.

SO ORDERED AND ADJUDGED, this the 2nd day of January 2024.

_____
UNITED STATES DISTRICT COURT JUDGE

AGREED TO:

By: /s/ Matt Vines
William M. Vines (MSB # 9902)
*Attorney for Plaintiff Cedric Haynes*

By: /s/ Mike Baxter
Michael W. Baxter (MSB # 2211)
*Attorney for Defendant Metal Masters, Inc.*

By: /s/ J. L. Wilson
J.L. Wilson, IV (MSB # 10782)
*Attorney for Defendant Tracer Electrical Contractors, Inc.*

By: /s/ Caroline Upchurch
Caroline M. Upchurch (MSB # 102985)
*Attorney for Defendant Price LogPro, LLC*

By: /s/ Earl Houston
Earl W. Houston, II (MSB # 102384)
*Attorney for Defendant Bid Automation, LLC, f/k/a Tri-Delta Systems Automation, LLC*

By: /s/ Thomas Wright
Thomas M. Wright (MSB # 103166)
*Attorney for Intervenor, Federal Insurance Company*

By: /s/ Stephanie Woodard
Stephanie Woodard (MSB#105882)
*Attorney for G2 Resources, Inc.*